UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-28381 |
| Tracey Mayfield ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## Order Modifying Plan

This matter coming to be heard on the Debtor's Motion to Modify Confirmed Plan, this Court having jurisdiction with due notice having been given, it is hereby ordered that the Chapter 13 Plan base is reduced to $43,204.95.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 03, 2020

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603